# UNITED STATES DISTRICT COURT

### EASTERN   DISTRICT OF   CALIFORNIA

## SEALED

**UNITED STATES OF AMERICA**

**v.**

**PERCY LOVE III**

**(Name and Address of Defendant)**

## CRIMINAL COMPLAINT

CASE NUMBER:

**2 1 3 - MJ - 0 2 7 2**   EFB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  In Sacramento County, in the Eastern District of California defendant did,

- **between on or about June 4, 2013, and July 22, 2013, in or affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, or maintain by any means a person, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act,**

## FILED

AUG 27 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

in violation of **Title 18, United States Code, Section 1591(a)(1)**.  I further state that I am a Special Deputy United States Marshal, assigned to the Sacramento Innocence Lost Task Force, and that this complaint is based on the following facts:

- **See Attached Affidavit**

**X**  Continued on the attached sheet and made a part hereof.

Signature of Complainant DEREK STIGERTS
Special Deputy U.S. Marshal
Sacramento IL Task Force

Sworn to before me, and subscribed in my presence

August 27, 2013

Date

EDMUND F. BRENNAN

United States Magistrate Judge

Name and Title of Judicial Officer

at   Sacramento, California

City and State

Signature of Judicial Officer

## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO, CALIFORNIA

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Derek Stigerts, being duly sworn, depose and state:

1. I am a sworn police officer with the Sacramento Police Department and have been since January 1991. I am currently assigned to the FBI's Innocence Lost Task Force, which primarily investigates sexual exploitation of children through prostitution, but also investigates the sexual exploitation of adults when force, fraud, or coercion is used. I have been deputized as a Special Deputy United States Marshal since January 2007. I have attended and instructed numerous hours of instruction on child prostitution, adult prostitution and the victims of such crimes. During my tenure on the task force, I have conducted and participated in numerous investigations of criminal activity, including cases involving juvenile prostitution and the sex trafficking of children or through force, fraud, and coercion.

2. As a Special Deputy US Marshal, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I am currently conducting a criminal investigation regarding the sex trafficking of children or through force, fraud, and coercion in violation of Title 18 U.S.C. § 1591.

4. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, other FBI agents, and of my own investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have only set forth the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violation of 18 U.S.C. § 1591(a)(1).

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of:

   a.  18 U.S.C. § 1591 which makes it a crime to knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, or maintain by any means a person, or to benefit financially or by receiving anything of value, from participation in a venture which has recruited, enticed, harbored, transported, provided, obtained, or maintained by any means a person, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act.

## BACKGROUND ON PROSTITUTION AND THE USE OF THE INTERNET AND CELLULAR PHONES TO FURTHER PROSTITUTION

6. Through my training and experience, I am aware of the following traits of prostitution and how the Internet, computer, and cell phones are used to used to further the activities of illegal prostitution:

   a.  Individuals who, through enticement, intimidation, or force enlist individuals to become prostitutes, and who profit from the prostitution of others, are called "pimps."  Pimps are sometimes euphemistically referred to as "management." Pimps can be either male or female.

   b.  Pimps, as well as prostitutes who are not "managed," have embraced the Internet as a means of advertising services and communicating with customers.

   c.  Certain web sites have been created to facilitate communications between prostitutes and their clients.  The more notable web sites relevant to prostitution in the Eastern District of California include "Myredbook.com" (also called "myredbook" or "redbook"), and the "Adult Services" section of "Backpage.com."

2

These web sites allow pictures to be posted as part of advertisements.  I have viewed prostitution advertisements on each of these web sites.  In addition, I have viewed prostitution advertisements on these websites of females I later confirmed to be minors.

d.  Advertisements for prostitutes often contain codes for the services provided.  For example the term "w4m" means women for men.   The term "in-calls only" refer that the prostitute will be providing the location for the sexual transaction.  The term "donation" is often used to mean the cost for the sexual transaction.  The advertisements will also often contain a phone number for prospective dates to contact.

e.  Pimps will often use prostitution web sites because of their ability to target multiple customers with little or no cost.  In addition, the Internet provides a level of anonymity to a pimp, and also allows him to manage the women who work for him remotely.

f.  I know that computers and Internet-capable cellular phones (also known as smart phones) have become an integral part of the prostitution industry.  Pimps and the women who work for them will use computers and smart phones to post and update prostitution-related advertisements.   Pimps and prostitutes use personal e-mail accounts accessed through the internet to post their advertisements on prostitution assisting web sites.  They will also use cellular and smart phones equipped with cameras to take photographs which are then used in the online prostitution advertisements; these photographs are sometimes sent between pimps and prostitutes prior to or after they are used in advertisements.  These computers and smart phones may also be used to send and receive emails, text or instant messages, or phone calls from prospective customers.  Prospective customers are sometimes referred to as a "john," or "date."  Computers, smart phones, cellular phones, and other digital devices will also be used by pimps and prostitutes to

communicate with each other, as well as to communicate with others who may not be pimps or prostitutes, but who may have some connection with the prostitution sub-culture.

g. I am also aware that when phone calls are made and received and text messages sent and received, the cellular tower that the phone is operating from is recorded by the wireless phone company.  The phone tower pin points the general location that the cellular phone is close to.

h. Subjects who utilize the internet to post prostitution related advertisements on websites such as "myredbook.com" often use photographs in the advertisements. These photographs often show a nude or semi-nude female.

i. Most juvenile prostitutes have pimps.  Prostitutes will often refuse to divulge the identity of their pimps to law enforcement.  Most pimps often instruct the prostitutes on what to say and what not to say to law enforcement.

j. Prostitutes are instructed by the pimp on how to detect undercover officers.  When arranging "dates" with clients over the phone, prostitutes rarely discuss the details pertaining to the sexual acts that are to occur until they meet in person.

k. Pimps at times use physical force and/or fear to control the prostitutes.  They control the prostitutes' actions, and collect monies earned through acts of prostitution.  The pimps facilitate the prostitution by transporting the prostitutes to locations where the prostitution occurs.  The pimps, at times, transport prostitutes across state lines for the purpose of prostitution.  Pimps often possess firearms to assist in protecting their prostitutes.  These firearms may also be used to intimidate or control the women who work for the pimp.

l. Prostitutes and/or pimps may stay in motels/hotels while working.  This includes prostitutes who are working locally, as well as those who travel to other cities. Often, these motels/hotels are located near major freeways or interstates, allowing easy access to potential customers.  Due to their portability and the frequent

4

availability of internet Wi-Fi access at many motels/hotels, laptop computers and Internet-capable smart phones are often used when pimps and prostitutes stay at motels/hotels in order to allow them to add and update online postings of prostitution-related advertisements.  When they travel, prostitutes and pimps may use their personal cars, rental cars, airplane, or bus.  The pimps may use utilize the monies earned during acts of prostitution to purchase food, lodging, clothing and other items.

m. In addition to the income earned from their prostitutes, pimps may also sell drugs to make money.  Pimps may also provide drugs to the prostitutes that work for them in order to suppress their appetites and to assist with the demands of prostituting for long periods of time.

n. Whether male or female, the term "daddy" is commonly used by prostitutes when referring to their pimps.  The pimp's phone number is often programmed as "daddy" or some other similar moniker in the prostitute's cell phone.

o. Pimps often request or force their prostitutes to obtain tattoos of names and/or symbols that are related to the pimp's name or nickname.

## BACKGROUND OF INVESTIGATION

7. Per Sacramento Police Department (SPD) report number 2013-194499, on July 22, 2013, at 7:49 a.m., SPD patrol officers were dispatched to 199 Dragonfly Circle, Sacramento, CA regarding a domestic dispute in progress.  Per the caller, C.H., who is the sister of K.L. (hereinafter "Victim"), said that she received a text message from the Victim telling her to "call the cops," or words to that effect.  Further information from the Victim to C.H. was that her ear was bleeding from her boyfriend hitting her, and that he would not let her leave.  The boyfriend was identified by C.H. as "Percy," a black, male unknown age.  Per C.H., she received an additional text message from the Victim advising she was sitting in a black Camaro across from 199 Dragonfly Circle, and that her boyfriend had held a gun to her head.  SPD officers arrived at 199

5

1    Dragonfly Circle at 7:59 a.m.

2    8. Upon arrival, SPD officers located the Victim in the driver's seat of a black Chevrolet

3    Camaro, California license 6USU435. Located in the front passenger seat was Percy

4    Love III (hereinafter "Love") who was reclined and asleep. The Victim and Love were

5    contacted by officers. Per Officer Villegas, the victim appeared visibly upset and

6    frightened.

7    9. The Victim stated the following in summary to Officer Villegas:

8        a. Love and the Victim had been boyfriend/girlfriend for about a month and a

9           half prior to the incident. They were not married, did not live together, or

10          have children together. Love had been physically violent with the Victim

11          since about a week into their relationship. She had never reported the

12          violence to police because she was scared.

13       b. The night prior (July 21, 2013), Love and the Victim were on their way to

14          Elkwood (unknown) to work. While on their way, Love and the Victim got

15          into an argument because she did not want to work. While they were

16          arguing, Love showed the Victim a gun. He did not point it at her but just

17          held it in his hand. They ended up stopping at a friend's apartment where

18          he most likely left the gun.

19       c. While driving to Elkwood, the Victim told Love she did not want to go. Love

20          got upset and began punching her in the face, stomach, and arms. After the

21          beating, they got back to Sacramento at about 5:00 a.m. and fell asleep in

22          the car.

23       d. The Victim woke up and texted her sister, C.H., about what had occurred.

24          She stated she did not know why she told C.H. that Love pointed a gun at

25          her because he never did.

26       e. The Victim identified the bruising on her arms and shoulder as being

27          caused by the beating by Love.

28

6

    f.  The Victim also showed Officer Villegas burn marks on her hand and stomach caused by Love on July 4, 2013.  She did not report that incident to law enforcement.

    g.  The Victim told Officer Villegas she did not want Love arrested.  She just wanted away from him and to obtain a restraining order.

10. Officer Villegas documented an approximate 3" in diameter bruise to the left portion of the Victim's back near the shoulder blade, bruises to her left arm, a scratch approximately 1" to the left side of her cheek, abrasions to her left ear and complaint of pain to her left torso.  She declined medical aid.

11. Officer Villegas also documented 3 round marks which appeared to be burn marks to the top of the Victim's left and right hands as well as a burn mark to her abdomen just left of her belly button.  The marks appeared to be older injuries and appeared to be healing.

12. Officer Villegas described the Victim as inconsistent and uncooperative and more worried about Love finding out that she texted her sister to call police.

13. The Victim told Officer Villegas that she was in a "working relationship" with Love and not a dating relationship.  When Officer Villegas asked if that meant pimping or prostitution, the Victim stated yes.  She later recanted and told Officer Villegas she only wanted a restraining order.

14. Love was taken into custody by officers for domestic violence, a felony warrant, and possession of ecstasy.  A Crime Scene Investigator (CSI) responded and took photographs of the Victim's injuries.

15. SPD Officer Nonog, who was also on the call for service, contacted C.H. by phone and obtained her statement.  She stated the following in summary:

    a.  C.H. stated that between 7:45 a.m. and 7:50 a.m. on July 22, 2013, she received five text messages from the Victim.  The messages stated the Victim was at a show and Love found her and beat her up.  She texted that

1   he put a gun to her head and to call the police.  A text message at about 8:00

2   a.m. from the Victim stated that Love raped her the night before and she

3   needed to go to a hospital.

4      b.  C.H. stated the Victim was very vague when it came to her personal life.

5   She had never met Love before and all she knew about him was that he was

6   black and a pimp.  The Victim had been with Love for about two months and

7   they were always together.  She stated the Victim stays in motels often.

8   16. At approximately 10:00 a.m. on July 22, 2013, I learned of the arrest of Love.  I have

9   conducted a prior sex trafficking investigation involving Love.  I have interviewed

10  several minors and adults who have identified Love as a violent pimp who has used

11  extreme violence against at least one female who worked as a prostitute for Love.

12  Love served a state prison sentence for domestic violence against the female who was

13  a prostitute and the mother of Love's son.  I have also read several police reports

14  where Love has been arrested for pimping minors as well as adults.

15  17. In the SPD report, the phone number listed for the Victim and for Love was 415-685-

16  9381.  I ran the number in the Bing.com search engine and the Google.com search

17  engine and located several internet prostitution advertisements that used the

18  number.  The advertisements were during the time the Victim was in a relationship

19  with Love.

20  18. I contacted the Victim via phone and set up a time to interview her.  On July 23,

21  2013, at approximately 7:00 p.m., I contacted the Victim.  Special Agent Samantha

22  Dilland of the FBI was also present.  The Victim stated the following in summary:

23     a.  The Victim stated this all started on Sunday night (July 21, 2013) at

24  approximately 11:00 p.m.  She was at a club in Rodeo, CA with a girl friend

25  and she saw a friend of Percy's who goes by the name "Cuzzin L."  She knew

26  Percy was there with him and she saw Percy.  She ran out of the club

27  because she knew she was in trouble.  Percy chased her and caught her in

28

the parking lot. He grabbed her by the hair and put her in his Camaro. He had a gun and he put it on his lap. He didn't point it at her. He asked her if she wanted to leave then said this is what will happen if you leave. She thought he meant he would do something with the gun. He started hitting her on the side of the head. He never hit her in the face because that would show.

b.  He drove her to the Sacramento area and took her to a field area in Elk Grove. They were on a side street in the middle of nowhere. For about two hours he beat her and yelled at her. He hit her on the back several times and on the side of the head. At one point, he made her give him oral sex.

c.  She got a call for an outcall. She thought it started with the client texting. Percy told her to suck it up and stop crying so she could talk to the client. She talked to the client and Percy kept telling her to talk right and don't cry.

d.  The outcall was at a hotel near downtown Sacramento. She thought it was at a Comfort Inn. She didn't see where they were driving because Percy always makes her keep her head down. When they got off the freeway, she saw a Denny's. Percy parked the car in the parking lot of the motel and she went into room 105. She was crying and upset. The client gave her $200 and she asked if she could take a shower. The client could tell she was upset and she told him she needed help. After the shower, the client told her to just leave because he didn't want to deal with all that was going on. The client was a white male but might have been part Hispanic. He was about 30-32 years old.

e.  It looked like the client had been staying in the room for awhile. She was only there for about 10 minutes.

f.  She left and got into the car with Love. She gave Love the $200. He still had

1    it on him when he was arrested.

2    g.  They got on the freeway and Love was high and was driving erratically.

3        They got off the freeway and went to a gas station. She was not positive

4        what gas station it was but thought the sign had a red circle with a star

5        inside of it. He parked at the pumps. She got out and went up the window.

6        The store portion of the gas station was closed because it was about 4 a.m.

7        The worker was an Indian male and he could see she was upset. He let her

8        in the store. She bought gummy bears, a sprite, Newports (cigarettes), and

9        cigars. The employee didn't help her and he actually gave her his phone

10       number.

11   h.  The Victim drove the car because Love was in no condition to drive. She

12       drove to his aunt's house which was on Dragonfly Circle. The Victim parked

13       on the curb and Love punched her on the head because he didn't like the

14       way she parked his car.

15   i.  Love fell asleep in the car and the Victim started texting C.H. with Love's

16       phone. She told C.H. she needed help. C.H. called the police. Before the

17       police arrived, Love's aunt showed up and dropped off the small children.

18   j.  The Victim stated she was terrified of Love and his entire family. He has

19       beaten her on numerous occasions.

20   k.  The burns on the Victim's hand, arm, and stomach occurred on her birthday

21       on July 2, and were caused by cigarettes. She was in Milpitas and Love was

22       up in Sacramento. She was at a motel. Love came and got the Victim in his

23       Camaro with another male. They picked her up and she got in the back seat.

24       Love always made the Victim lay on her stomach when another man was in

25       the car with Love. Love did not want her to look at the other person. They

26       drove back to Sacramento. Love dropped the other subject off somewhere.

27   l.  Love drove her to an outcall at a house and dropped her off. The customer

28

who was calling was messing around and playing games. He told her to go to different houses. It was happening for about an hour. She called Love and told him the customer was playing games.

m. Love came and got the Victim. He punched her in the face. She tried explaining to him what was going on. The customer kept calling and made it seem like it was the Victim's fault. Love pulled over.  He asked her if she wanted to go home.  She said she did and she called C.H. The call went right to voice mail.  He grabbed the phone from the Victim and asked her if she was serious. He was angry.

n. Love grabbed the Victim's hair and pushed her head down onto the center console. The Victim stated Love often pushed her head down. She would always cover her head when he did that because he always hit her head with his fists. She would try to protect her head. He grabbed her right hand and took his cigarette and burned the top of her right hand lightly 4 times. He then put the cigarette out on her right hand and it burned her badly. He relit the cigarette and burned her on the inside of her left forearm. The cigarette went out. He lit it one more time and put it out on her stomach. The burning happened somewhere close to Love's aunt's house on Dragonfly Circle in Sacramento.

o. June 6 was the first day she began the relationship with Love. She was with one of Love's friends prior to their getting together.  Love's friend hit the Victim and Love said she didn't deserve that.  The Victim went with Love.

p. Love began hitting her soon after she was with him.

q. Since June 6, she has been with Love pretty much every day. They have stayed in motels together mostly. They have stayed in motels in San Jose, Milpitas and other locations. They stayed at Love's aunt's house for about a week and a half, but other than that it was at motels. There were

1   approximately two nights when the Victim stayed alone at the motel while
2   Love was in Sacramento. All the other days, they were sleeping together at
3   his aunt's or motels.

4   r.  Love does all the posting on various websites. She did not know how to do it.
5       She could refresh advertisements, but she did not know how to create them.
6       The Victim stated she did escorting but did not have sex with the clients.
7       She stated she gave hand jobs and let clients do sexual things to her but
8       there was no sex or oral sex from her to them. A big part of the beatings she
9       got from Love was due to her not having sex with the clients. The clients
10      would complain and she would get beat because of it.

11  s.  All the money the Victim ever made through escorting has gone to Love.

12  t.  There was one occasion that the Victim was giving Love's son a bath. Love
13      entered the bathroom, thought the water was too hot for his son, and had
14      his son hit the Victim in the face.

15  u.  The Victim identified the phone number 415-685-9381 as belonging to Love.
16      She provided another number, 650-346-7583, as belonging to Love.  She
17      provided her phone number, 916-563-9033, but stated it had been shut off
18      by the provider.

19  19. I observed the injuries to the Victim and requested CSI to take updated photographs.
20      The bruising to her back and shoulder was more severe then when photographs were
21      taken on the day of the incident.

22  20. The Victim provided me with her white Samsung cellular phone that used phone
23      number 916-565-9033 and gave me consent to download all the data to further my
24      investigation.  Using a Cellebrite cell phone download device, I downloaded the data
25      from the Victim's phone and returned her phone to her.

26  21. On July 24, 2013, I began analyzing the data take from the Victim's phone.  I
27      observed three different contacts for Love.  The first was under the name "PL," which

is a moniker used by Love and are his initials.  I have talked to several people who know Love and who refer to him as "PL."  The Victim confirmed that Love goes by the moniker "PL."  The number was 415-685-9381.  The second contact was under the name "PL 2."  The number was 415-635-1907.  The third contact was under the name "Percy" and the number was 650-346-7583, the second number provided to me by the Victim.

22. There were several sent and received text messages on the Victim's cell phone from all three Love contacts.

23. The following are text messages between the Victim and Love from the contact "PL 2," 415-635-1907:

    a. On June 4, 2013, the Victim sent a message to Love which stated, "IM chosen up".  Choosing up is a term when a prostitute chooses a new pimp to work for.

    b. On June 4, 2013, the Victim sent a message to Love which stated, "Jus went on YouTube en listened to that song. U sexy daddy".  The term Daddy is what a prostitute calls her pimp.

    c. On June 6, 2013, Love sent a message to the Victims which stated, "My call u wit pimping or wats up."

24. The following are text messages between the Victim and Love from the contact "PL," 415-685-9361:

    a. On July 2, 2013, Love sent a message to the Victim which stated, "Mke sure u wake up n post..."  Post means the act of getting onto a prostitution website and posting an advertisement for prostitution.

    b. On July 3, 2013, the Victim sent a message to Love which stated, "Daddy Im starving."

    c. On July 4, 2013, Love sent a message to the Victim which stated, "Im wit niggas so wen u get n look away till u get in"  In the prostitution/pimp sub-

culture, when a prostitute is around other black male subjects, she is not to look at the other subjects in case they are also pimps.  If a prostitute looks at another pimp, that pimp has the right to own that prostitute according the rules in the sub-culture.  The Victim replies to the above text message by sending, "OK Daddy" to Love.

d. On July 5, 2013, the Victim sent a message to Love which stated, "Can I go get something to eat[?]"  Love replies, "Hold up"

25. The following are text messages between the Victim and Love from the contact "Percy," 650-346-7583:

a. On July 18, 2013, Love sent a message to the Victim which stated, "30 ranch drive....milpitas"  30 Ranch Drive Milpitas, CA is the address for a Hilton Garden Inn Hotel in Milpitas, CA.  One minute later, Love sent a message to the Victim which stated, "That's the outcall."  An outcall is a term in the prostitution/pimp sub-culture which means that the prostitute travels to the location of the customer to conduct the prostitution activity.

26. I went to the Bing.com search engine and did searches with all three numbers associated with Love, as well as the phone number belonging to the Victim.  I located prostitution advertisements which were utilizing all four of the numbers.

27. I located a Myredbook.com advertisement using the Victim's phone number on July 20, 2013, in Sacramento, CA.  The photographs in the advertisement were not the Victim's.  In my experience, it is common for prostitutes and pimps to use fake photographs in prostitution advertisements.  The name on the ad was "Diamont_Lovesit_69."  There were 5 photographs of a white female in sexually provocative poses.  The Myredbook.com ad number was 541221.

28. I located a Myredbook.com advertisement using Love's phone number 415-685-9381 which was dated July 22, 2013, at 1:06 a.m.  The advertisement was virtually identical to the advertisement described above in paragraph 27 except for the phone

14

1   number. The photographs were the same, the text was virtually identical, and the ad
2   number was the same.

3   29. I located a Myredbook.com prostitution advertisement using Love's 650-346-7583
4   phone number. The ad was dated July 19, 2013, in Fremont/San Jose/Newark area. I
5   also located a Myredbook.com advertisement using the Victim's phone number which
6   was dated July 19, 2013, in the Fremont/Milpitas area.

7   30. I located prostitution advertisements using the Victim's phone number which were
8   dated prior to the dates she was with Love. In the ads, the Victim's real photographs
9   are used.

10   31. Two of Love's cellular phone numbers, 415-685-9381 and 415-635-1907, and the
11   Victim's cellular phone number, 916-563-9033, were found to be Metro PCS
12   subscribed numbers. I know that Metro PCS stores all incoming and outgoing text
13   messages for a period of 60 days, and all toll records, including cell tower information,
14   for over a year. On August 2, 2013, I sent a preservation letter to Metro PCS to
15   preserve all records including text messages from June 4, 2013 to August 2, 2013.

16   32. Love's third cell phone number, 650-346-7583, was found to be a Sprint subscribed
17   number. I know that Sprint stores all their phone records, including call toll records
18   along with cellular tower information for over a one-year period.

19   33. During my initial interview with the Victim, she stated there was an incident in San
20   Jose, CA or Santa Clara, CA when she and Love were staying at a Motel 6 which was
21   located on the street El Camino Real. She stated while there the police responded
22   because she and Love got into a dispute. She did not know who called the police. The
23   Victim stated a neighbor at the motel who was staying with her daughter and had a
24   pit bull helped her. Per the Victim, when Love was contacted by the police, he used
25   the name Dwayne Love. Dwayne Love is Percy Love's brother.

26   34. I located a Motel 6 with an address of 3208 El Camino Real, Santa Clara, CA. On
27   August 2, 2013, I called the Santa Clara Police Department (SCPD) and obtained

28

information from their records department that showed that on July 14, 2013, SCPD patrol officers responded to room 129 for a report of man hitting a woman. The woman in question was identified as the Victim. SCPD records staff stated that Dwayne Charles Love was run for warrants by officers at the scene.

35. On August 4, 2013, I contacted staff at the Comfort Inn located at 12249 Folsom Blvd., Rancho Cordova, CA due to the Victim's statement (see paragraph 18(d) above). I obtained the room registration for room 105 for July 21, 2013, to July 22, 2013 and learned that J.M. was the registered guest.

36. On August 5, 2013, the Honorable Allison Claire, United States Magistrate Judge, signed a search warrant to Metro PCS for electronic communication for two identified phone numbers that belonged to Love, 415-685-9381 and 415-635-1907, and the victim's phone number, 916-563-9033. The warrant was for subscriber information and incoming and outgoing text messages.

37. On August 6, 2013, I contacted J.M about his date with the Victim (see paragraph 18(d) and 35 above). He stated the following in summary:

    a. JM stated on the night of July 21, 2013, he was gambling at the Red Hawk Casino. After leaving the casino, he rented a room at the Comfort Inn on Folsom Blvd.

    b. He went to the website Backpage.com and located a female in the escort section he wanted to see. He made contact with the female in the advertisement by calling the number associated with advertisement. He gave the female his location at the Comfort Inn and the room number.

    c. He stated he talked to the female on several occasions before she arrived at his room. After entering the room, the female asked for the money and JM gave her $200 in cash. He stated that the female seemed to be OK at that time.

    d. After giving her the money, the female went into the restroom to freshen up.

After coming out, her demeanor had changed. He described her as visibly upset and crying. She asked JM for help and told him her pimp had just beaten her up. She also stated something about her pimp not letting her see her daughter. She asked JM to call the police and she was crying hysterically.

e. The female lifted her shirt and showed JM her injuries although JM could not recall what her injuries were. She told JM that her pimp was outside and he brought her to the hotel.

f. JM did not call the police due to having warrants and for calling an escort. The female left the room after being there approximately 15 to 20 minutes.

38. JM identified a photograph of the Victim as the female who was at his room. JM showed me his phone call detail in his phone which showed that he called the phone number 650-346-7583 at 2:38 AM on July 22, 2013. There were 5 additional calls between JM and the phone number with the last being at 3:30 AM. JM identified the number as the one he called when he contacted the Victim.

39. I located a Backpage.com Escort advertisement that was posted on July 22, 2013 at 2:29 AM for the Sacramento Area. The phone number on the advertisement was 650-346-7583 which was the number JM called and was the number identified as belonging to Love.

40. On August 8, 2013, the Honorable Allison Claire, United States Magistrate Judge, signed a search warrant to Metro PCS for electronic communication, including incoming and outgoing text messages and subscriber information, for three phone numbers. Two of the numbers, 415-685-9381 and 415-635-1907, were identified as Love's, and the other, 916-563-9033, belonged to the victim.

41. On August 9, 2013, the Honorable Allison Claire, signed a search warrant to Sprint for electronic communication for a phone number identified as belonging to Love, 650-346-7583. The warrant was for subscriber information, call detail records, and cell

1   tower information.

2   42. On August 9, the Honorable Allison Clair, signed a search warrant to Metro PCS, for
3   the phone numbers listed in paragraph 40, for call detail records and cell tower
4   information. The request for this information had been inadvertently left out of the
5   original Metro PCS search warrant.

6   43. On August 9, 2013, I contacted R.K. who is the manager of the Motel 6 located at 3208
7   El Camino Real Santa Clara, CA. This contact was made as a result of the Victim's
8   statement in paragraph 33 that she and Love had gotten into a fight while she was
9   working in that area (see paragraph 33). He provided me with a folio which showed
10  the Victim rented room 129 from July 11, 2013 to July 14, 2013.

11  44. I contacted S.M. who was the attendant on duty at the Motel 6. She advised there
12  was a tenant in room 130 who was staying with her daughter and had a pit bull dog.
13  She stated the same residents were in the same room in July, 2013.

14  45. SM stated she was working the front desk on the day when the daughter of the tenant
15  in room 130 came to the office. The girl told SM to call the police because the woman
16  in room 129 was being assaulted by her boyfriend. SM called the police.

17  46. I contacted the tenant in room 130 who was identified as D.Y. DY stated the
18  following in summary:

19          a. DY stated she remembered the female and male who were staying in room
20             129. DY identified a photo of the Victim as the female. DY stated when she
21             first saw the victim, she assumed she was a prostitute by the way she was
22             dressed and the fact that people were coming to her room. When she first
23             spoke to the Victim, she was in room 129 and the Victim broke down crying
24             and said that her man was going to beat her. The man was not in the area
25             at the time but DY left and went to her room.

26          b. At a later time, DY saw the Victim outside crying. DY's daughter let her in
27             their room because she was upset. The Victim brought bags of belongings

28

18

1   into the room with her.  Soon after, the Victim's man began pounding on the

2   door.

    c.   DY opened the door and went out and talked to the subject.  The subject told

        DY she knew what was going on.  DY asked if he was the Victim's pimp or

        her boyfriend.  The subject said he was both.

    d.   DY let him in her room.  He began yelling at the Victim.  He grabbed her

        belongings and the Victim also grabbed them.  He swung the Victim around

        and she fell on the bed and on the floor between the beds.

    e.   The police showed up and spoke to both of them.  The Victim lied to the

        police about what was going on and ended up leaving with him.

47. DY identified the male subject as going by the name Percy.  I showed DY a

    photograph of Percy Love and she could not identify him.

48. On August 13, 2013, I received the results from the search warrant sent to Sprint

    for phone number 650-346-7583.  The subscriber for the number was Percy Love

    with an address of 199 Dragonfly Circle Sacramento, CA.

49. While analyzing the cell tower information from Sprint, the data showed that

    Love's 650-346-7583 phone was in Elk Grove, CA on July 22, 2013 from 1:52 AM to

    2:40 AM.  At 2:37 AM, JM made his first call to the number.  At that time, Love's

    phone was in Elk Grove, CA.

50. When another call was initiated between JM and Love's at 3:30 AM, Love's number

    was pinging off the cellular tower at 8180 Folsom Blvd., Sacramento, CA. When the

    call was ended, Love's phone was pinging of the tower at 8880 Car Center

    Sacramento, CA which is near the intersection of Watt Ave/Folsom Bl.  The phone

    was traveling in an east bound direction.

51. At 3:58 AM, Love's phone pinged off the tower located at 11850 Folsom Blvd.,

    Rancho Cordova, CA which is approximately 1.4 miles from the Comfort Inn at

    12249 Folsom Blvd., Rancho, Cordova, CA.

52. On August 21, 2013, I received the results from the search warrant sent to Metro PCS for phone numbers 415-685-9381 and 415-635-1907 (Love's phone numbers), and 916-563-9033 (Victim's phone number).  There was no data received for the number 415-635-1907.

## REQUEST FOR SEALING

53. There is reason to believe that public filing of the arrest warrant could (1) endangering the life or physical safety of an individual; (2) lead to the destruction of evidence; (3) cause the intimidation of potential witness; or (4) otherwise seriously jeopardize the investigation. The current investigation set forth above is not public, and I know, based on my training and experience, that pimps often use violence against those who cooperate with law enforcement.  In addition, if the arrest warrant, is publicly filed, the subject of this investigation, and others associated with her, may take steps to conceal or tamper with evidence which could seriously jeopardize the investigation.

54. For the above-stated reasons, I also request that this arrest warrant, including the affidavit in support, criminal complaint, request for sealing, and sealing order, be filed and maintained under seal until further order of the Court.

///
///
///
///
///
///
///
///
///
///

## CONCLUSION

55. Based on the foregoing, there is probable cause to believe Percy Love, has violated 18 U.S.C. § 1591(a)(1), sex trafficking through force, fraud, and coercion.

DEREK STIGERTS
Special Deputy US Marshal
Innocence Lost Task Force

Approved as to form.

KYLE REARDON
Assistant United States Attorney

Subscribed and sworn to me this ___27th___ day of August, 2013

EDMUND F. BRENNAN
United States Magistrate Judge
Sacramento, California

21