BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

**FILED**

SEP 12 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO. 2:13-CR-0306 TLN
)
            Plaintiff, ) VIOLATIONS: 18 U.S.C. § 1591(a)(1) -
) Sex Trafficking by Force, Fraud, and
  v. ) Coercion (Two Counts); 18 U.S.C.
) § 1594(d) - Criminal Forfeiture
PERCY LOVE, III, )
)
            Defendant. )
)
)

# I N D I C T M E N T

<u>COUNT ONE</u>: [18 U.S.C. § 1591(a)(1) - Sex Trafficking by Force, Fraud, and Coercion]

The Grand Jury charges: T H A T

PERCY LOVE, III,

defendant herein, between a date unknown to the Grand Jury, but no later than on or about June 4, 2013, through on or about July 22, 2013, in the State and Eastern District of California, in and affecting interstate commerce, did knowingly harbor, transport, provide, and maintain by any means, a person, to wit: "K.L.", knowing

1

that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

COUNT TWO: [18 U.S.C. § 1591(a)(1) - Sex Trafficking by Force, Fraud, and Coercion]

The Grand Jury further charges: T H A T

PERCY LOVE, III,

defendant herein, between on or about December 26, 2007, and on or about December 31, 2007, in the State and Eastern District of California, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and maintain by any means, a person, to wit: "F.W.", knowing that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 1594(d)- Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant PERCY LOVE, III shall forfeit to the United States pursuant to 18 U.S.C. § 1594(d), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violations.

2. If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which

defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
--------------------------------
FOREPERSON

*[signature]*
BENJAMIN B. WAGNER
United States Attorney

*No.* _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*
*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

PERCY LOVE, III

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1591(a)(1) – Sex Trafficking By Force, Fraud, and Coercion (Two Counts); 18 U.S.C. § 1594 (d) – Criminal Forfeiture

*A true* bill,

/s/ Signature on file w/AUSA
_____

*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

_____
*Clerk.*

**NO PROCESS NECESSARY**

*Bail, $* _____

_____ *an Clne* _____

GPO 863 525

# PENALTY SLIP INDICTMENT

**DEFENDANT:** PERCY LOVE, III

## COUNTS ONE and TWO:
VIOLATION: 18 U.S.C. § 1591 - Sex Trafficking by Force, Fraud, or Coercion

PENALTY: Not more than $250,000 fine; or
Not less than 15 years imprisonment and up to life, or both;
5 to Life supervised release.

## FORFEITURE ALLEGATION:

VIOLATION: 18 U.S.C. § 1594(d) - Criminal Forfeiture
PENALTY: As stated in indictment.

ASSESSMENT: $100 special assessment for each count