UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERCY LOVE, III,<br><br>Defendant. | No. 2:13-cr-00306-TLN<br><br>**ORDER** |

On November 14, 2013, after a hearing pursuant to *Faretta v. Cal.*, 422 U.S. 806 (1975), Defendant Percy Love ("Defendant") waived his right to counsel and the Court permitted Defendant to proceed in propia persona. Additionally, the Court appointed attorney Rob Peters as standby counsel. (ECF No. 14.) At a status hearing held on November 21, 2013, Defendant requested law library access. (ECF No. 15.) Good cause appearing, the Court orders the Sacramento County Sheriff to provide Defendant law library access at reasonable times and manner consistent with the access provided to all other similarly situated inmates and consistent with any necessary security precautions while Defendant is awaiting trial in this Court in the above-captioned action.[1] The United States Marshal is directed to serve a copy of this Order on the Sacramento County Main Jail.

**IT IS SO ORDERED.**

Dated: November 26, 2013

*[signature]*

Troy L. Nunley
United States District Judge

---

[1] *See, e.g.*, Order: County Jail Inmate Pro Per Status and Privileges, Super. Ct. of Cal., Cnty. of Sacramento CR/I-272 (Rev. 05.08.13) (on file at Super. Ct. of Cal.).

1