FILED
DEC 2 3 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>PERCY LOVE, III,<br><br>            Defendant. | CASE NO. 2:13-0306-TLN<br><br>VERDICT FORM |

WE, THE JURY, FIND THE DEFENDANT, PERCY LOVE, III, AS FOLLOWS:

AS TO COUNT 1 OF THE INDICTMENT:

GUILTY        NOT GUILTY

   X          _____    of Sex Trafficking by Force, Fraud, or Coercion, in violation of Title 18, United States Code, Section 1591(a)(1)

If you found the defendant guilty of Count One beyond a reasonable doubt, you must make the following special findings:

Do you find beyond a reasonable doubt that the defendant knew that means of force, fraud, or coercion would be used to cause Kassandra Ledesma to engage in a commercial sex act:

Yes X    No \_\_\_\_

1

1 | AS TO COUNT 2 OF THE INDICTMENT:

2 | GUILTY     NOT GUILTY

3 | __X__     _____     of Sex Trafficking by Force, Fraud, or Coercion, in violation of Title 18, United States Code, Section 1591(a)(1)

If you found the defendant guilty of Count Two beyond a reasonable doubt, you must make the following special findings:

Do you find beyond a reasonable doubt that the defendant knew that means of force, fraud, or coercion would be used to cause Frankquisha Watson to engage in a commercial sex act:

Yes __X__     No _____

AS TO COUNT 3 OF THE INDICTMENT:

GUILTY     NOT GUILTY

__X__     _____     of Sex Trafficking of Children, or by Force, Fraud, or Coercion, in violation of Title 18, United States Code, Section 1591(a)(1)

If you found the defendant guilty of Count Three beyond a reasonable doubt, you must make the following special findings:

Do you find beyond a reasonable doubt that the defendant knew that Tanganay Vasquez had not attained the age of 18 years at the time of the offense charged in Count Three:

Yes __X__     No _____

///
///
///
///
///
///
///
///
///

1  AS TO COUNT 4 OF THE INDICTMENT:

2  GUILTY          NOT GUILTY
3     X   _____    _____          of Sex Trafficking by Force, Fraud, or Coercion, in violation of
                                             Title 18, United States Code, Section 1591(a)(1)

5       If you found the defendant guilty of Count Four beyond a reasonable doubt, you must make the
6  following special findings:
7       Do you find beyond a reasonable doubt that the defendant knew that means of force, fraud, or
8  coercion would be used to cause Lacey Cater to engage in a commercial sex act:
9       Yes  X    No ____

11 AS TO COUNT 5 OF THE INDICTMENT:

12 GUILTY          NOT GUILTY
13                                            of Attempted Sex Trafficking of Children, or by Force, Fraud,
     X   _____    _____             or Coercion, in violation of Title 18, United States Code,
                                               Section 1591(a)(1)

16      If you found the defendant guilty of Count Five beyond a reasonable doubt, you must make the
17 following special findings:
18      Do you find beyond a reasonable doubt that the defendant knew that Lanee Blankenship had not
19 attained the age of 18 years at the time of the offense charged in Count Five:
20      Yes  X    No ____

22
23  12-23-14                                    _____
    DATED                                        FOREPERSON